No. 317. FLICK *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL., *ante,* p. 879. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 368. ROSENBLUM *v.* UNITED STATES;
No. 369. STRYK *v.* UNITED STATES; and
No. 370. WEISS *v.* UNITED STATES, *ante,* p. 893. Rehearing denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application.

No. 400. FIFTH & WALNUT, INC. ET AL. *v.* LOEW'S INC. ET AL., *ante,* p. 894. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 42, Misc. ROHDE *v.* ILLINOIS, *ante,* p. 833. Rehearing denied.

No. 81, Misc. EAGLE *v.* CHERNEY ET AL., *ante,* p. 837. Second petition for rehearing denied.

No. 215, Misc. CRUSE *v.* RAGEN, WARDEN, *ante,* p. 884. Rehearing denied.